

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-21-00220-CV

**IN THE INTEREST OF H.A.J.R., L.R.R., AND M.R.R.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01028
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is granted.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court